THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,      *
                               *
        Plaintiff,             *
                               *
v.                             *      CIVIL ACTION NO.: 09-00482-KD-B
                               *
$26,319.00,  MORE OR LESS,     *
IN U.S. CURRENCY; ONE TAURUS .40  *
CALIBER SEMI-AUTOMATIC         *
HANDGUN, SERIAL NO: SZ103070;  *
ONE SEMI-AUTOMATIC .223 CALIBER *
BUSHMASTER ASSAULT-STYLE       *
RIFLE, SERIAL NO: L415945; ONE *
.40 CALIBER M&P SEMI-AUTOMATIC *
HANDGUN, SERIAL NO: MPA5423    *
        Defendant.             *

## FINAL JUDGMENT OF FORFEITURE

In accordance with the order entered of even date herein, the defendants, $26,184.00,

more or less, in U.S. Currency, one Taurus .40 Caliber Semi-Automatic Handgun, Serial No:

SZ103070, one Semi-Automatic .223 Caliber Bushmaster assault-style rifle, Serial No:

L415945, one .40 caliber M&P semi-automatic handgun, serial number MPA5423, are

forfeited to the plaintiff, the United States of America, for disposition according to law.


DONE this 23 day of _December_, 2009.


KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE